## CONSENT TO JOIN
## PURSUANT TO 29 U.S.C. §216(b)

1. I, Tony Walker, hereby consent and agree and opt-in to become a plaintiff in a lawsuit brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.*, to recover unpaid wages and overtime from my current/former employer, Mastec North America, Inc., d/b/a Advanced Technologies, and any of its officers, agents, parent corporations, subsidiaries, joint employers and representatives (collectively "Mastec").

2. I hereby agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by this Court as fair, adequate, and reasonable.

3. I hereby designate The Linesch Firm and Burr & Smith, L.L.P. to represent me in this action.

Date: 10-7-05

_____
Tony Walker

Printed Name: Tony S Walker