UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES STAHL; *et al.*,

          **Plaintiffs,**

vs.                                  Case No. 8:05-CV-1265-T-27TGW

MASTEC, INC.; *et al.*,

          **Defendants.**
_____/

## ORDER

**BEFORE THE COURT** is Defendants' Emergency Motion for Reconsideration of the Court's January 29, 2007 Order, or in the alternative, for Clarification of the Court's Order (Dkt. 86) and Plaintiffs' Opposition (Dkt. 87). Upon consideration, it is

**ORDERED AND ADJUDGED** that:

1. Defendants' Emergency Motion for Reconsideration of the Court's January 29, 2007 Order (Dkt. 86) is **DENIED**. Defendants have not demonstrated that an intervening change in controlling law or the availability of new evidence warrants reconsideration of this Court's January 29, 2007 order. Neither have Defendants demonstrated that a different result is necessary to prevent manifest injustice. Significantly, Plaintiffs represent that "[a]ll of the documents that have been and will be filed . . . in support of their motion to enforce *postdate* the parties' Summary of Terms Agreement . . . and all subsequent documents *were negotiated and drafted without mediator involvement*." (Dkt. 87, p. 3; Smith Aff., ¶ 4) (emphasis added).

2. Defendants' request for clarification and for an *in camera* hearing is **DENIED**. As directed in the January 29, 2007 Order, Plaintiffs may re-file their motion, eliminating any reference

to "proceedings of the mediation conference," including statements made and documents exchanged during the mediation. Defendants shall respond to any such motion likewise refraining from referencing "proceedings of the mediation conference."

**DONE AND ORDERED** in chambers this ___1st___ day of February, 2007.

                                                                                          **JAMES D. WHITTEMORE**
                                                                                          **United States District Judge**

Copies to:
Counsel of Record