# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT



8:05cv1265-T-27TGW

No. 07-10525-BB



JAMES STAHL,
JOSE A. GONZALEZ,
ET AL.,

                                                                                           Plaintiffs-Appellees,

versus

MASTEC, INC.,
MASTEC NORTH AMERICA, INC.,
d.b.a. Advance Technologies,

                                                                                             Defendants-Appellants.

---

On Appeal from the United States District Court for the
Middle District of Florida

---

BEFORE: BIRCH, DUBINA and CARNES, Circuit Judges.

BY THE COURT:

      This appeal is DISMISSED for lack of jurisdiction. The district court's January 29, 2007, order striking sealed documents and permitting submissions of unsealed documents with restrictions, and its February 1, 2007, order denying an emergency motion for reconsideration are not immediately reviewable. See 28 U.S.C. §§ 1291, 1292; Coopers & Lybrand v. Livesay, 437

U.S. 463, 468, 98 S.Ct. 2454, 2458, 57 L.Ed.2d 351 (1978); Cohen v. Beneficial Indus. Loan Corp, 337 U.S. 541, 546-47, 69 S.Ct. 1221, 1225-26, 93 L.Ed. 1528 (1949); Chicago Tribune Co. v. Bridgestone/Firestone, Inc., 263 F.3d 1304, 1310 (11th Cir. 2001); Atl. Fed. Sav. & Loan Ass'n v. Blythe Eastman Paine Webber, Inc., 890 F.2d 371, 375-76 (11th Cir. 1989); Jones v. Goodyear Tire & Rubber Co., 967 F.2d 514, 516 (11th Cir. 1992); Brown v. Advantage Engineering, Inc., 960 F.2d 1013, 1016 (11th Cir. 1992).

Appellants' motion for stay pending appeal is DENIED AS MOOT.

# United States Court of Appeals  FILED
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

2007 FEB 20 AT 10:49

For rules and forms visit
www.ca11.uscourts.gov

CLERK US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

February 15, 2007

Sheryl L. Loesch
Clerk, U.S. District Court
801 N FLORIDA AVE RM 220
TAMPA FL 33602-3849

**Appeal Number: 07-10525-BB**
Case Style: James Stahl v. Mastec, Inc.
District Court Number: 05-01265 CV-T-27-TGW

The enclosed certified copy of this Court's order dismissing the appeal for lack of jurisdiction is issued as the mandate of this court. See 11th Cir. R. 40-4 and 11th Cir. R. 41-4.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Regina Veals-Gillis (404) 335-6163

Encl.

DIS-4 (3-2005)